**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**David PONCE-GUZMAN,**
**Defendant-Appellant**

**No. 16-20543**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed February 21, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Kathryn She-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

phard, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant

Before JOLLY, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, David Ponce-Guzman raises an argument that is foreclosed by *United States v. Torres-Jaime*, 821 F.3d 577 (5th Cir. 2016), *petition for cert. filed* (Sept. 1, 2016) (No. 16-5853). In *Torres-Jaime*, we held that a Georgia conviction for aggravated assault qualifies as a crime of violence under U.S.S.G § 2L1.2 (2014). *Torres-Jaime*, 821 F.3d at 580-85. Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

